| STATE OF LOUISIANA | * | NO. 2023-KA-0386 |
| VERSUS | * | COURT OF APPEAL |
| JOEL G. LEHMANN | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT**